UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERTIK MAXITROL GMBH & CO. KG,
a German Corporation; and MERTIK
MAXITROL INC., a Michigan Corporation;

       Plaintiffs,                           Case No. 2:10-cv-12257
v.                                                              Hon. Patrick J. Duggan

HONEYWELL TECHNOLOGIES SARL
A Swiss Corporation; HONEYWELL
INTERNATIONAL, INC., a Delaware
Corporation; and HONEYWELL B.V., a
Netherlands corporation,

       Defendants.

---

Jeffrey A. Sadowski (P28163)
Matthew B. Woodworth (P64589)
Howard and Howard Attorneys PLLC
Attorneys for Plaintiff
450 West Fourth Street
Royal Oak, MI 48067
(248) 645-1483
jas2@h2law.com
mbw@h2law.com

---

### NOTICE OF HAGUE CONVENTION SERVICE UPON DEFENDANTS HONEYWELL TECHNOLOGIES SARL AND HONEYWELL B.V.

Plaintiff, Mertik Maxitrol GMBH & Co. KG and Mertik Maxitrol Inc. (jointly "Plaintiffs") hereby file this Notice to inform the Court of pending service upon Defendants Honeywell Technologies Sarl and Honeywell B.V. under the provisions of the Hague Service Convention and the expanded time period for service under the Hague Convention provided within Fed. R. Civ. P. 4(m).

    1.    Plaintiff filed its Complaint on June 8, 2010

    2.    Defendant Honeywell Technologies Sarl. is a Swiss corporation.

3. Defendant Honeywell B.V. is a Dutch corporation.

4. The general 120 day service limitations for summonses and Complaints are expressly inapplicable to service upon foreign corporations through manners such as those identified within the Hague Service Convention pursuant to Fed. R. Civ. P. 4(m) and Fed. R. Civ. P.4(f)(1).

5. Plaintiffs have retained translators to translate the Summonses, Complaint, and First Amended Complaint into the languages required for service in both the Netherlands and Switzerland as well as retained process servers to serve both Honeywell Technologies Sarl and Honeywell B.V. in the Netherlands and Switzerland under the provisions of the Hague Service Convention.

6. Service upon Honeywell Technologies Sarl. and Honeywell B.V. under the Hague Convention requires service upon Central Authorities designated by the Swiss and Dutch governments. Completion of service by those authorities upon the defendants can take several months to finalize and Plaintiffs will provide the Court proof of finalized service upon Honeywell Technologies Sarl and Honeywell B.V. once such proof of finalized service has been received from the Swiss and Dutch Central Authorities.

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Matthew B. Woodworth
Jeffrey A. Sadowski (P28163)
Matthew B. Woodworth (P64589)
Attorneys for Plaintiff
450 West Fourth Street
Royal Oak, MI  48067
(248) 645-1483
mbw@h2law.com

Dated:  October 4, 2010