UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERTIK MAXITROL GMBH & CO. KG,
a German corporation; and MERTIK
MAXITROL INC., a Michigan corporation,

          Plaintiffs,                            Case No. 2:10-cv-12257

v.                                            Hon. Patrick J. Duggan

HONEYWELL TECHNOLOGIES SARL
a Swiss corporation; HONEYWELL
INTERNATIONAL, INC., a Delaware
corporation; and HONEYWELL B.V., a
Netherlands corporation,

          Defendants.

---

| | |
|---|---|
| Jeffrey A. Sadowski (P28163) | Heather McCann |
| Matthew B. Woodworth (P64589) | Dorsey & Whitney LLP |
| Howard and Howard Attorneys PLLC | Attorneys for Defendant Honeywell |
| Attorneys for Plaintiff | International, Inc. |
| 450 West Fourth Street | 50 South 6th Street, Ste 1500 |
| Royal Oak, MI 48067-2557 | Minneapolis, MN 55042-1498 |
| (248) 645-1483 | (612) 340-2600 |
| jas2@h2law.com | |

---

**CERTIFICATE OF SERVICE UPON DEFENDANT
HONEYWELL TECHNOLOGIES SARL**

Plaintiffs, Mertik Maxitrol GMBH & Co. KG and Mertik Maxitrol Inc. (jointly "Plaintiffs") hereby file this Certificate of Service attesting to the fact that service upon Defendant Honeywell Technologies Sarl of the Summons, Complaint, and First Amended Complaint in this action was obtained under the provisions of the Hague Service Convention on December 28, 2010, as identified within the attached Certificate of Service provided by the Swiss Central Authority.

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC


By: ____/s/ Matthew B. Woodworth_____
      Jeffrey A. Sadowski (P28163)
      Matthew B. Woodworth (P64589)
Attorneys for Plaintiff
450 West Fourth Street
Royal Oak, MI  48067
(248) 645-1483
mbw@h2law.com

Dated:  June 17, 2011

Delivery : Honeywell Technologies
Sàrl, à Rolle

N° TC : 1561 / 10

### ATTESTATION / __CERTIFICATE__

L'autorité soussignée a l'honneur d'attester, conformément à l'article 6 de ladite Convention :
**The undersigned Authority has the honour to certify, in conformity with article 6 of the Convention :**

**1.** que la demande a été exécutée le (date) :
   **that the document has been served the (date) : December 28, 2010**

   - à (localité, rue, numéro)
   **- at (place, street, number) : 1180 Rolle**

dans une des formes suivantes prévues à l'article 5 :
**in one of the following methods authorised by article 5 :**

a)  selon les formes légales (article 5, alinéa premier, lettre a)
    in accordance with the provisions of sub-paragraph (A) of the first paragraph of article 5 of the Convention

b)  selon la forme particulière suivante :
    in accordance with the following particular method :

c)  par remise simple au destinataire (par poste) qui l'accepte volontairement
    **by delivery to the addressee (by post), who accepted it voluntarily**

Les documents mentionnés dans la demande ont été remis à :
**The documents referred to in the request have been delivered to :**

(identité et qualité de la personne) :
**(identity and decription of person) :**

lien de parenté, de subordination ou autres, avec le destinataire de l'acte :
**relationship to the addressee (family, business or other) :**

2.  que la demande n'a pas été exécutée, en raison des faits suivants :
    **that the document has not been served, by reason of the following facts :**

Conformément à l'article 12, alinéa 2 de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.
**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.**

__Annexes__ :
- pièces renvoyées / **documents returned :**                - a copy of the act

- le cas échéant, la pièce justificative de l'exécution :     - a receipt
- **in appropriate cases, document establishing the service :**

Fait à :        Lausanne
**Done at :**    Switzerland

le (date) :
**the (date) :** June 7th, 2011

Signature et cachet :
**Signature and stamp :**

TRIBUNAL CANTONAL · CANTON DE VAUD · LIBERTÉ ET PATRIE

Track & Trace                                                          Page 1 sur 1

Vous utilisez actuellement Internet Explorer 6. Ce navigateur n'étant plus actuel, il n'est pas exclu que vous rencontriez des problèmes de mise en page et que la fonctionnalité soit réduite. Le suivi des envois reste toutefois opérationnel.
Pour éviter des problèmes d'utilisation et augmenter la sécurité, nous vous recommandons toutefois d'opter pour un navigateur plus récent.

**Résultats de la recherche**      

**99.33.103793.00012814 – PostPac Economy**

| | | |
|---|---|---|
| − | Lieu de distribution lu: | 1180 Rolle |
| | Prestations de base: | PostPac Economy |
| | Prestations complémentaires: | ECO / SI ⓘ |
| | Poids: | 1.700 kg |



| Date | Heure | Statut | Traité par | Remarques |
|---|---|---|---|---|
| lun. 27.12.2010 | 11:19 | Tri pour la distribution | 1310 Daillens Centre Colis | |
| mar. 28.12.2010 | 09:47 | Distribué par | 1196 Gland Filiale de distribution | |

TRIBUNAL CANTONAL VAUDOIS
Palais de justice de l'Hermitage
Route du Signal 8
CH - 1014 LAUSANNE
Suisse

## RECEPISSÉ - EMPFANGSBESCHEINIGUNG - RECEIPT

Affaire n° :
Geschäfts-Nr :
Affare n. :                  TC N°  N° 1561/10
Case n° :
Nr de expediente :

| | |
|---|---|
| Autorité requérante<br>Ersuchende Behörde<br>Autorità richiedente<br>Issuing Authority<br>Autoridad requeriente | L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>US - Portland, Oregon 97205<br>United States of America |
| Nature de la procédure<br>Art des Verfahrens<br>Natura della procedura<br>Nature of proceeding<br>Naturaleza del procedimiento | Affaire :  Mertik Maxitrol GmbH & Co. KG  v.  Honeywell Technologies Sàrl |
| Désignation des actes à notifier<br>Bezeichnung der zuzustellenden Akten<br>Designazione degli atti da notificare<br>Indication of the documents to be served<br>Designación de los autos a notificar | - *Summons in a Civil Action and Complainte*<br>- *Complaint - First Amended*<br>- *Exhibits to Complaint*<br>- *Exhibits to First Amended Complaint* |
| Traduction<br>Übersetzung<br>Traduzione<br>Translation<br>Traducción | English / French |
| Nom et domicile de la personne à laquelle la notification doit être faite<br><br>Name und Wohnort der Person, für welche die Zustellung bestimmt ist<br><br>Nome e domicilio della persona alla quale deve essere fatta la notifica<br><br>Name and address of the person upon whom service shall take place<br><br>Filiación y dirección del destinatario | *Honeywell Technologies Sàrl*<br><br>*Z.A. La Pièce 16*<br><br>*1180 Rolle*<br><br>**Suisse** |
| Nationalité du destinataire  (si connue)<br>Nationalität des Empfängers  (falls bekannt)<br>Nazionalità del destinatario  (se conosciuta)<br>Nationality of receiver  (if known)<br>Nacionalidad del destinatario  (si se conoce) | --- |
| Date de la notification et signature du destinataire<br><br>Datum der Zustellung und Unterschrift des Empfängers<br><br>Data della notifica e firma del destinatario<br><br>Date of service and signature<br><br>Fecha de la notificación y firma del destinatario | |



**info entraide-judiciaire**
Envoyé par : Gilles
Chevalley

07.06.2011 09:57

A "Natalie Sakamoto"
&lt;natalie@foreignservices.com&gt;@EXTERNE-VD

cc

ccc

Objet  RE Request for Assistance: Mertik Maxitrol GmbH & Co. KG,
et al. v. Honeywell Technologies Sarl, et al.

Dear Madam

Further to your e-mail of June 3, 2011 and after research with the Swiss Post, we can certify that the package signature
was issued December 28, 2010 at Honeywell Technologies Sarl Rolle.

This file remained pending return of proof of delivery and we have failed to provide it to you.

I returned that day with the certificate file to your desktop notification L. Celeste Ingalls in Portland / Oregon.

I beg you to please excuse us for further time-cons, and please accept, Madame, my respectful greetings.



SKMBT_42111060709561.pdf    SKMBT_42111060709560.pdf

Gilles CHEVALLEY
Service comptabilité
Entraide judiciaire internationale
Tribunal cantonal
Palais de Justice de l'Hermitage
Rte du Signal 8
CH - 1014 Lausanne
Suisse
Tél :  0041 (0) 21 / 316.13.95
Fax : 0041 (0) 21 / 316.13.28

"Natalie Sakamoto" &lt;natalie@foreignservices.com&gt;



"Natalie Sakamoto"
&lt;natalie@foreignservices
.com&gt;

03.06.2011 01:50

A  &lt;info.entraide-judiciaire@vd.ch&gt;

cc

Objet  Request for Assistance: Mertik Maxitrol GmbH & Co. KG, et
al. v. Honeywell Technologies Sarl, et al.

Dear Sir or Madam:

On October 28, 2010, your office received a request for service in accordance with the Hague Service

Convention, upon **Honeywell Technologies Sarl** in Rolle.  As of today, June 2, 2011, we have not received any information or certificate regarding this service:

Case name: Mertik Maxitrol GmbH & Co. KG, et al. v. Honeywell Technologies Sarl, et al.
Court: United States District Court, Eastern District of Michigan
Case No.: 2:10-cv-12257-PJD-RSW

I would greatly appreciate any assistance you can provide in determining what has happened with this request and if service was ever completed.

I have attached a copy of the Hague Request for this matter. Thank you for your help and consideration.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Natalie Sakamoto
Assistant to Celeste Ingalls

**Crowe Foreign Services**
1020 SW Taylor Street, Suite 240
Portland, Oregon 97205, U.S.A.
Tel: 503-222-3085
Fax: 503-352-1091
natalie@foreignservices.com

Request.pdf

REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

*1 – NOV. 2010*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Indentité et adresse du requérant* | *Adrese de l'autorité destinataire* |
| **L. Celeste Ingalls\*\*** | **Tribunal cantonal** |
| **Crowe Foreign Services** | **Palais de justice de l'Hermitage** |
| **1020 SW Taylor Street, Suite 240** | **Route du Signal 8** |
| **Portland, Oregon 97205** | **1014 Lausanne ADM cant VD** |
| **USA** | |
| **E-mail: Lci@foreignservices.com** | **Tel.: 41 21 316 15 11 Fax: 41 21 316 13 28** |
| **Fax Number: 1-503-222-3950** | |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*

**Honeywell Technologies Sarl**      **Telephone: 41 21 644 2700**
**Z.A. La Piece 16**
**1180 Rolle**

☒ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\*~~
    ~~*a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:~~
    ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

*Plaintiff requests that the Exhibits be served in English only – to be accepted voluntarily by above defendant*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with a certificate as
provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant
au verso.*

**List of documents**                **Done at Portland, Oregon, USA, the** __17th__ **day of** __Oct__ **, 2010.**
*Enumération des pièces*              *Fait à Portland, Oregon, USA, le...*
                                      **Signature and/or stamp.**
Executed "Summary" (2 pages)          *Signature et/ou cachet*
\*\*\* <u>Summons in a Civil Action</u> *and Complaint*
\*\*\* Complaint *–First Amended*
\*\*\*\*Exhibits *to Complaint*
**\*\*\*\* *Exhibits to First Amended Complaint***



OFFICIAL SEAL
L CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 446064
MY COMMISSION EXPIRES FEBRUARY 05, 2014

*L. Celeste Ingalls* (signature)
L. Celeste Ingalls



\* **Delete if inappropriate**
  *Rayer les mentions inutiles*
\*\* **Authorized applicant pursuant to Rule 4(c)(2) of the**
   **Federal Rules of Civil Procedure, Public Law 97-462**
\*\*\* **With French translation**
\*\*\*\* **Exhibits in English only**

I. rc Internet - Recherche d'entreprises dans le canton                    Page 1 sur 2

## Extrait Internet
**le 23.12.2010 à 16:25 [Etat du: 23.12.2010]**

PDF | Nouvelle recherche | Extrait avec radiations | Lien direct                    Commande d'extraits et de statuts

| Report du | Nature juridique | Date d'inscription | Date de radiation | Numéro fédéral | Numéro de dossier |
|---|---|---|---|---|---|
|  | Société à responsabilité limitée | 28 août 2003 |  | CH-550-1035825-1 | 2003/08122 |

| Réf. | Raison Sociale | Réf. | Siège |
|---|---|---|---|
| 1 | HONEYWELL TECHNOLOGIES Sàrl | 11 | Rolle |

| Réf. | Adresse | Réf. | Dates des Statuts |
|---|---|---|---|
| 11 | Zone d'activités La Pièce 16, 1180 Rolle | 11 | 24.10.2008 |

| | Capital social | | |
|---|---|---|---|
| **Réf.** | **Nominal** | **Libéré** | **prestation des associés** |
| 1 | CHF 250'000 | CHF 250'000 | |

| Réf. | But, Observations |
|---|---|
| 7 | But: développement, commercialisation, fabrication et réparation de composants automobiles, notamment turbos, composants aéronautiques, appareils de mesure et de spécialités chimiques, appareils et systèmes de régulation d'énergie, de chauffage, de refroidissement, notamment d'air conditionné, quels qu'ils soient et quelle que soit leur destination (habitations, immeubles, véhicules, aéronefs, etc.); toute activité dans le domaine de la construction automobile et aéronautique, des instruments de mesure, de l'industrie chimique et des systèmes de régulations d'énergie, de chauffage et de refroidissement. |

| Réf. | Organe de publication |
|---|---|
| 1 | Feuille officielle suisse du commerce |
| 11 | Communications aux associés: par voie de courrier, fax, e-mail aux adresses mentionnées dans le registre des parts sociales. |

| | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|
| **Réf.** | **Numéro** | **Date** | **Date** | **Page/Id** |
| 1 | 8122/550 | 28.08.2003 | 03.09.2003 | 14/1155826 |
| 3 | 12382/550 | 24.12.2003 | 05.01.2004 | 11/2057202 |
| 5 | 11828/550 | 17.11.2004 | 23.11.2004 | 15/2555054 |
| 7 | 8180/550 | 19.07.2006 | 25.07.2006 | 14/3481716 |
| 9 | 8908/550 | 24.07.2007 | 30.07.2007 | 17/4047846 |
| 11 | 13269/550 | 29.10.2008 | 04.11.2008 | 18/4717372 |
| 13 | 16841/550 | 12.10.2009 | 16.10.2009 | 18/5298270 |

| | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|
| **Réf.** | **Numéro** | **Date** | **Date** | **Page/Id** |
| 2 | 10314/550 | 04.11.2003 | 10.11.2003 | 13/1252906 |
| 4 | 4432/550 | 28.04.2004 | 04.05.2004 | 16/2244186 |
| 6 | 10821/550 | 05.10.2005 | 11.10.2005 | 15/3055386 |
| 8 | 649/550 | 17.01.2007 | 23.01.2007 | 16/3738064 |
| 10 | 3224/550 | 10.03.2008 | 14.03.2008 | 16/4386560 |
| 12 | 52/550 | 05.01.2009 | 09.01.2009 | 19/4818152 |
| 14 | 5665/550 | 19.03.2010 | 25.03.2010 | 19/5559026 |

| Associés, gérants et personnes ayant qualité pour signer | | |
|---|---|---|
| **Nom et Prénoms, Origine, Domicile, Part sociale** | **Fonctions ▼** | **Mode Signature** |
| Honeywell Bermuda L.P. , à Hamilton (Bermudes), avec une part de CHF 250'000 | associée | |
| Ismail Alexander, de France, à Lausanne | gérant président | signature individuelle |
| Balis Craig, des USA, à Buchillon | gérant | signature individuelle |
| Bracke Peter, de Belgique, à Versoix | gérant | signature individuelle |
| Grimm Juergen, d'Allemagne, à Pully | gérant | signature individuelle |
| Kulkarni Nitin, des USA, à Lutry | gérant | signature individuelle |
| Ophele Olivier, de France, à Divonne-les-Bains (France) | gérant | signature individuelle |
| Paja David, d'Espagne, à Pully | gérant | signature individuelle |
| Rabiller Olivier, de France, à Lutry | gérant | signature individuelle |
| Tochet Peter, des USA, à Arzier | gérant | signature individuelle |
| PricewaterhouseCoopers SA (CH-550-0056305-7), à Pully | organe de révision | |
| | | procuration collective à |