UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERTIK MAXITROL GMBH & CO. KG,
a German corporation; and MERTIK
MAXITROL INC., a Michigan corporation,

    Plaintiffs,         Case No. 2:10-cv-12257

v.              Hon. Patrick J. Duggan

HONEYWELL TECHNOLOGIES SARL
a Swiss corporation; HONEYWELL
INTERNATIONAL, INC., a Delaware
corporation; and HONEYWELL B.V., a
Netherlands corporation,

    Defendants.

---

| | |
|---|---|
| Jeffrey A. Sadowski (P28163) | Heather McCann |
| Matthew B. Woodworth (P64589) | Dorsey & Whitney LLP |
| Howard and Howard Attorneys PLLC | Attorneys for Defendant Honeywell |
| Attorneys for Plaintiff |  International, Inc. |
| 450 West Fourth Street | 50 South 6th Street, Ste 1500 |
| Royal Oak, MI 48067-2557 | Minneapolis, MN 55042-1498 |
| (248) 645-1483 | (612) 340-2600 |
| jas2@h2law.com | |

---

## CERTIFICATE OF SERVICE UPON DEFENDANT
## HONEYWELL B.V.

Plaintiffs, Mertik Maxitrol GMBH & Co. KG and Mertik Maxitrol Inc. (jointly "Plaintiffs") hereby file this Certificate of Service attesting to the fact that service upon Defendant Honeywell B.V. of the Summons, Complaint, and First Amended Complaint in this action was obtained under the provisions of the Hague Service Convention on November 11, 2010, as identified within the attached Certificate of Service provided by Netherlands' Central Authority.

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC


By:____/s/ Matthew B. Woodworth_____
      Jeffrey A. Sadowski (P28163)
      Matthew B. Woodworth (P64589)
Attorneys for Plaintiff
450 West Fourth Street
Royal Oak, MI  48067
(248) 645-1483
mbw@h2law.com

Dated:  June 17, 2011

Arrondissementsparket *Amsterdam*

Postbus **84500** postcode **1080 BN**

3S GRB23045012

**Akte van uitreiking (R)**

Akte van uitreiking van de gerechtelijke brief, genummerd als hieronder vermeld en bestemd voor:

Parketnummer 21 *7650 - 2010 - 385*

*Honeywell BV*
*Laarderhoogtweg 18*
*1101 EA Amsterdam*

De hierboven bedoelde brief heb ik, ondergetekende:

*Adres na verhuisbericht TPG Post*

I  heden, *11 November* 20 *10* , te *11.00* uur,

te *(straat, huisnr. en plaatsnaam)* *Laarderhoogtweg 18 Amsterdam*

A  ☑ uitgereikt aan: *MACM*
   1 ☐ die verklaarde bestuurder van geadresseerde te zijn.
   2 ☐ door geadresseerde schriftelijk gemachtigd voor het in ontvangst nemen van alle aan deze gerichte stukken.
   3 ☑ die verklaarde in dienstbetrekking te zijn van geadresseerde en bereid te zijn de brief te bezorgen.

B  ☐ ☐ niet uitgereikt, omdat:
   1 ☐ op het door mij ingevulde adres niemand werd aangetroffen, althans niemand die bereid of bevoegd was de brief in ontvangst te nemen.
   2 ☐ volgens mededeling van degene die zich op het door mij ingevulde adres bevond, de geadresseerde daar geen woonplaats of kantoor heeft.
   3 ☐ het in de adressering aangegeven pand niet bestaat.

Deze akte heb ik terstond naar waarheid opgemaakt en ondertekend.

Naam en voorletters  *Kasanpawiro M.*

Functie + standplaats  *Postbode Amsterdam*

Handtekening

De in deze akte bedoelde gerechtelijke brief is aan mij uitgereikt.

Handtekening voor ontvangst:

*In te vullen door TPG Post*
Akkoord   Datum *11.11.2010*
Naam  *Arnts*

Zittingsdatum:

723

## REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| **L. Celeste Ingalls\*\***<br>**Crowe Foreign Services**<br>**1020 SW Taylor Street, Suite 240**<br>**Portland, Oregon 97205**<br>**USA**<br>**Email: Lci@foreignservices.com**<br>**Fax Number:  1-503-222-3950** | **The Public Prosecutor**<br>**District Court of The Hague**<br>**Juliana van Stolberglaan 2-4**<br>**The Hague**<br>**NETHERLANDS**<br><br>**Tel: 31-70-381-3291   Fax: 31-70-381-3855** |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior: (identité et adresse)*

**Honeywell B.V.**                    **Telephone: 31 0 20 5656911**
**Laarderhoogtweg 18**
**1101 EA Amsterdam**

- ☒ (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\*
  *a)  selon les formes légales (article 5, alinéa premier, lettre a).*

- ☐ ~~(b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:~~
  ~~b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):~~

- ☐ ~~(c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*.~~
  ~~c)  le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

**Done at Portland, Oregon, USA, the** 26th **day of** Oct **, 2010.**
*Fait à Portland, Oregon, USA, le...*

**Signature and/or stamp.**
*Signature et/ou cachet*

<u>Executed "Summary"</u> (2 pages)
\*\*\* <u>Summons in a Civil Action and Complaint</u>
\*\*\* <u>Complaint, First Amended</u>
\*\*\*\*<u>Exhibits to Complaint</u>
\*\*\*\*<u>Exhibits to First Amended Complaint</u>



L. Celeste Ingalls

\* Delete if inappropriate
*Rayer les mentions inutiles*

\*\*      **Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462**
\*\*\*     with Dutch translation
\*\*\*\*    Exhibits in English only