# Exhibit E

| | | |
|---|---|---|
|  | CROWE FOREIGN SERVICES<br>1020 SW TAYLOR STREET, SUITE 240<br>PORTLAND, OR 97205 | # FINAL STATEMENT |

Invoice Number: 27309-27310

Matthew Woodworth
Howard & Howard Attorneys, PLLC
450 West Fourth Street
Royal Oak, MI 48067

Date: July 22, 2011

| IRS #93-0948424 | FINAL STATEMENT | International Services: SWITZERLAND/NETHERLANDS |
|---|---|---|

### *Mertik Maxitrol GmbH & Co. KG, et al. v. Honeywell Technologies SARL, et al.*
### *US District Court for the Eastern District of Michigan Case No.:2:10-cv-12257-PJD-RSW*

For preparation of Hague request documents, long distance correspondence and shipping for service of process upon the following entities in accordance with the Hague Service Convention:

| | | |
|---|---|---:|
| To be served: | Honeywell Technologies SARL | |
| Addresses: | Zone d'activitiés La Piéce 16 | |
| | 1180 Rolle | |
| | Switzerland | |
| Fee | | $ 495.00 |
| To be served: | Honeywell B.V. | |
| Address: | Laarderhoogtweg 18 | |
| | Amsterdam Netherlands | |
| Fee | | 495.00 |
| French translation of: | | |
| | Summons, Complaint and Amended Complaint | 1,600.00 |
| Dutch translation of: | | |
| | Summons, Complaint and Amended Complaint | 1,860.00 |
| Shipping and copy fee for documents that exceed 75 pages ($50 per service) | | 100.00 |
| 3% Credit card transaction fee | | 136.50 |

## TOTAL AMOUNT PAID  $4686.50

Statement dated July 22, 2011
Final Statement No. 27309-27310
Country: SWITZERLAND/NETHERLANDS

Matthew Woodworth
Howard & Howard Attorneys, PLLC
450 West Fourth Street
Royal Oak, MI 48067

Crowe Foreign Services
1020 SW Taylor Street, Suite 240
Portland, Oregon 97205
Phone: (503)-222-3085
Fax: (503)-352-1091

  

PHONE: # 248-723-0454
FAX: # 248-645-1568

Payment by credit card will incur a 3% transaction fee