UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERTIK MAXITROL GMBH & CO.,
ET AL.,

      Plaintiffs,                             No. 10-12257

v.                                      District Judge Patrick J. Duggan
                                          Magistrate Judge R. Steven Whalen

HONEYWELL TECHNOLOGIES
SARL, ET AL.,

      Defendants.
                                      /

## ORDER

      Plaintiffs' Motion to Extend Discovery Deadline [Doc. #98] is hereby GRANTED.

The date for completion of discovery is extended to OCTOBER 28, 2013.

      IT IS SO ORDERED.


Dated: August 29, 2013          s/ R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE


I herby certify that a copy of the foregoing document was sent to parties of record on August 29, 2013, electronically and/or by U.S. mail.

                                            s/Michael Williams
                                            Case Manager to the
                                            Honorable R. Steven